**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| United States PLAINTIFF(S) v. | CASE NUMBER **19MJ01806** |
|---|---|
| Kwasi Asare DEFENDANT(S). | **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT** |

FILED 2019 MAY -1 AM 9:09 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

The above-named defendant was charged by: Complaint
in the Eastern District of New York on 4/19/2019
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 18 U.S.C., Section(s) 1343
to wit: Wire Fraud

A warrant for defendant's arrest was issued by: USMJ Anne Y. Shields

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.
Sworn to before me, and subscribed in my presence on 5/1/19 , by
_____, Deputy Clerk.

| _____ | _____ |
| Signature of Agent | Print Name of Agent |
| FBI | Special Agent |
| Agency | Title |